UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

JOHN MARTIN

       Plaintiff,

v.                                                                    Case No. 3:14-cv-00078-GFVT

CACH, LLC,
CAPITAL ONE, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC

       Defendants

**(PROPOSED) AGREED ORDER OF DISMISSAL**

The Plaintiff, John Martin, and the Defendant, CACH, LLC having entered into a settlement, and the Court being sufficiently so advised, it is hereby ORDERED and ADJUDGED that Plaintiff's claims against CACH, LLC are DISMISSED, with prejudice. All of the other claims that are pending in this matter are hereby reserved for appropriate disposition at a future date.

Tendered by:

| | |
|---|---|
| /s John R. Tarter | /s/ James H. Lawson |
| John R. Tarter | James H. Lawson |
| Mapother & Mapother, P.S.C. | Lawson at Law, PLLC, |
| 815 W. Market Street, Suite 500 | 4055 Shelbyville Road, Suite B, |
| Louisville, Kentucky, 40202 | Louisville, Kentucky, 40207, |
| (502) 271-4251 (Telephone) | Counsel for the Plaintiff, |
| (502) 587-5454 (Facsimile)   John Martin | |
| Counsel for Defendant, CACH, LLC | |