UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JOHN MARTIN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 14-78-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| CACH, LLC; CAPITAL ONE, N.A.; | ) | **ORDER** |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC; EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC.; and | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court upon the parties' Agreed Order of Dismissal.  [R.

23.]  The Court having been informed that the Plaintiff, John Martin, and Defendant

CACH, LLC have entered into a settlement, it is hereby hereby ORDERED as follows:

1.      The Proposed Agreed Order of Dismissal [**R. 23**] is GRANTED;

2.      All of Plaintiff's claims against CACH, LLC are hereby **DISMISSED**

**WITH PREJUDICE**; and

3.      All other claims against the remaining Defendants remain pending.

This the 2nd day of March, 2015.



Signed By:

*Gregory F. Van Tatenhove*

United States District Judge