# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Frankfort Division**

| | | | |
|---|---|---|---|
| John Martin | ) | | |
|     *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:14-cv-00078-GFVT |
| | ) | | |
| CACH, LLC *et al.* | ) | | |
|     *Defendants* | ) | | |
| | ) | | |

### Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This is not intended to and does not affect Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of March, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ James H. Lawson
      James H. Lawson
      *Counsel for Plaintiff*