UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY (FRANKFORT)

| | |
|---|---|
| JOHN MARTIN,<br>    Plaintiff,<br><br>  vs.<br><br>CACH, LLC; CAPITAL ONE, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>    Defendants. | CASE NO. 3:14-cv-00078-GFVT<br>**ELECTRONICALLY FILED**<br><br>Judge Gregory F. VanTatenhove |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff John Martin, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                     Respectfully submitted,

Date: June 2, 2015

*s/ James H. Lawson*
James H. Lawson, Esq.
Lawson at Law, PLLC
115 South Sherrin Avenue, Suite 4
Louisville, KY  40207
Telephone:  (502) 473-6525
Fax:  (502) 473-6561
E-Mail:  james@kyconsumerlaw.com

*Counsel for John Martin*

Date: <u>June 3, 2015</u>                               <u>*s/ Katherine E. Carlton*                    </u>
William R. Brown, Esq. (IN #26782-48)
Katherine E. Carlton, Esq. (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
              kcarlton@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of June, 2015**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| James H. Lawson, Esq. james@kyconsumerlaw.com | Reid Manley, Esq. rmanley@burr.comk |
| John M. Williams, Esq. williams@rwktlaw.com | M. Jane Brannon, Esq. mjbrannon@jacksonkelly.com |
| Matthew Samberg, Esq. msamberg@jonesday.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of June, 2015**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Katherine E. Carlton*
William R. Brown, Esq. (IN #26782-48)
Katherine E. Carlton, Esq. (IN #31694-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
            kcarlton@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*