

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY (FRANKFORT)

| | |
|---|---|
| JOHN MARTIN,<br>　　　Plaintiff, | CASE NO. 3:14-cv-00078-GFVT<br>**ELECTRONICALLY FILED** |
| vs. | Judge Gregory F. VanTatenhove |
| CACH, LLC; CAPITAL ONE, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>　　　Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff John Martin, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff John Martin against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff John Martin and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.



Signed By:
Gregory F. Van Tatenhove
United States District Judge