UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JOHN MARTIN,<br><br>    Plaintiffs,<br><br>V.<br><br>CAPITAL ONE, N.A.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 14-78-GFVT<br><br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Plaintiff's Notice of Voluntary Dismissal

of his claims against Defendants Equifax Information Services, LLC and Capital One,

N.A.  [R. 30.]  Accordingly, and the Court being sufficiently advised, it is hereby

ORDERED as follows:

1.    All of Plaintiff's claims against Defendants **Equifax Information**

**Services, LLC** and **Capital One, N.A**. are hereby **DISMISSED WITH PREJUDICE**;

and

2.    All other claims against the remaining Defendant remain pending.

This the 10th day of August, 2015.



Signed By:

_Gregory F. Van Tatenhove_

United States District Judge